McFARLANE (UNITED STATES v.). See Case No. 15,675.

# Case No. 8,791.
## McFEELY v. DRYER.

[Cited in Collinson v. Teal, Case No. 3,020. Nowhere reported; opinion not now accessible.]